MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101-6014
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Chico's FAS, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DIANE MCMAHON,<br><br>    Plaintiff,<br><br>vs.<br><br>THE HOWARD HUGHES CORPORATION; CHICO'S FAS, INC.; DOES 1-20 and ROE BUSINESS ENTITIES 1-20, inclusive,<br><br>    Defendants. | Case No.: 2:17-cv-2418<br><br>**Stipulation and Order to Dismiss without Prejudice as to Chico's FAS, Inc.** |

The parties stipulate to dismiss defendant Chico's FAS, Inc., without prejudice. Each party will bear its own fees and costs as to this dismissal. This stipulation has no effect as to The Howard Hughes Corporation.

| | |
|---|---|
| WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP<br><br>*/s/ Michael P. Lowry*<br>MICHAEL P. LOWRY, ESQ<br>Nevada Bar No. 10666<br>300 South Fourth Street, 11th Floor<br>Las Vegas, Nevada 89101-6014<br>Tel: 702.727.1400/Fax: 702.727.1401<br>Attorneys for Chico's FAS, Inc. | LAW OFFICES OF ELIZABETH MIKESELL<br><br>*/s/ Jason Peck*<br>JASON PECK, ESQ.<br>Nevada Bar No. 10183<br>7251 West Lake Mead Blvd., Suite 250<br>Las Vegas, Nevada 89128<br>Tel: 702.284.5923/Fax: 866.221.6108<br>Attorneys for The Howard Hughes Corporation |
| RICHARD HARRIS LAW FIRM<br><br>*/s/ Michaela E. Tramel*<br>Michaela E. Tramel, Esq.<br>Nevada Bar No. 9466<br>801 S. 4th St.<br>Las Vegas, NV 89101<br>Attorneys for Diane McMahon | IT IS SO ORDERED:<br><br>_____<br>RICHARD F. BOULWARE, II<br>United States District Judge<br>DATED this 13th day of November, 2017. |

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5, I certify that I am an employee of Wilson Elser Moskowitz Edelman & Dicker LLP, and that on November 9, 2017, I served the **Stipulation and Order to Dismiss without Prejudice as to Chico's FAS, Inc.** via electronic means by operation of the Court's electronic filing system, upon each party in this case who is registered as an electronic case filing user with the Clerk.

BY: */s/ Michael P. Lowry*
An Employee of WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP