MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101-6014
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Chico's FAS, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DIANE MCMAHON, | Case No.: 2:17-cv-2418 |
| Plaintiff, | **Defendant Chico's FAS, Inc.'s Motion to Be Removed from the CM/ECF Electronic Service List** |
| vs. | |
| THE HOWARD HUGHES CORPORATION; CHICO'S FAS, INC.; DOES 1-20 and ROE BUSINESS ENTITIES 1-20, inclusive, | |
| Defendants. | |

Defendant Chico's FAS, Inc., by and through Michael P. Lowry, Esq., of the law firm of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, having been dismissed from this matter on November 13, 2017 (Docket #13), hereby moves this Court to be removed from the CM/ECF electronic service list.

DATED this 4th day of December, 2017.

**IT IS SO ORDERED** this 6th day of December, 2017.

_____
Peggy A. Leen
United States Magistrate Judge

WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP

/s/ Michael P. Lowry
MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101-6014
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Chico's FAS, Inc.

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | Pursuant to FRCP 5, I certify that I am an employee of Wilson Elser Moskowitz |
| 3 | Edelman & Dicker LLP, and that on December 4, 2017, I served the **Defendant Chico's FAS,** |
| 4 | **Inc.'s Motion to Be Removed from the CM/ECF Electronic Service List** via electronic |
| 5 | means by operation of the Court's electronic filing system, upon each party in this case who is |
| 6 | registered as an electronic case filing user with the Clerk. |

BY: */s/ Naomi E. Sudranski*
An Employee of WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP