UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DIANE McMAHON,<br><br>　　　　　　Plaintiff,<br>　v.<br>THE SHOPS AT SUMMERLIN NORTH, LP,<br><br>　　　　　　Defendant. | Case No. 2:17-cv-02418-RFB-PAL<br><br>ORDER |

This matter is before the court on the parties' failure to file a joint pretrial order as required by LR 26-1(e)(5). The last extension of the discovery deadlines required the parties to file a joint pretrial order required by LR 26-1(e)(5) no later than October 29, 2018. *See* Minutes of Proceedings (ECF No. 33). Dispositive motions that were filed were Withdrawn (ECF No. 39) on October 18, 2018 stating that the parties had reached a settlement and that a stipulation to dismiss "will follow". However, more than three weeks have passed, and the parties have not yet filed a stipulation to dismiss. Accordingly,

**IT IS ORDERED** that the parties shall have until **November 28, 2018** to either file a stipulation to dismiss or a joint pretrial order.

DATED this 14th day of November, 2018.

　　　　　　　　　　　　　　　　　　　　　　　　　PEGGY A. LEEN
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1